ANNA SONDHEIMER, Respondent, *v.* JOSEPHINE B. BECK, Appellant.

Argued April 9, 1951; decided May 24, 1951.

*David Michelsohn* for appellant.

*Joseph N. Friedman, Moses Friedman* and *Martin Gottlieb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.